197 S.E.2d 880 (1973)
283 N.C. 666
UNITED ARTISTS RECORDS, INC, et al.
v.
EASTERN TAPE CORPORATION et al.
Supreme Court of North Carolina.
July 12, 1973.
Smith, Moore, Smith, Schell & Hunter, Jack W. Floyd, Harold N. Bynum, for plaintiffs.
Mraz, Aycock, Casstevens & Davis, Levine, Goodman & Murchison, Richards, Shefte & Pinckney, for defendants.
Petition for writ of certiorari by plaintiffs to review the decision of the North Carolina Court of Appeals, 18 N.C.App. 183, 196 S.E.2d 598. Denied.